1  PETER SULLIVAN, SBN 101428
   PSullivan@gibsondunn.com
2  SAMUEL G. LIVERSIDGE, SBN 180578
   SLiversidge@gibsondunn.com
3  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
4  Los Angeles, California 90071-3197
   Telephone: (213) 229-7000
5  Facsimile: (213) 229-7520

6  Attorneys for Defendant
   HEWLETT-PACKARD COMPANY
7

8                    UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11                                              *E-FILED - 5/31/07*

12
   JACKIE BLENNIS and DAVID BRICKNER,      CASE NO. C 07 00333-RMW
13 individually and on behalf of all others similarly
   situated,                              JOINT STIPULATION AND [PROPOSED]
14                                         ORDER CONTINUING INITIAL CASE
                      Plaintiffs,          MANAGEMENT CONFERENCE;
15                                         SUPPORTING DECLARATIONS OF
           v.                              ALFREDO TORRIJOS AND MICHAEL H.
16                                         DORE
   HEWLETT-PACKARD COMPANY, a
17 California Corporation; and DOES 1 through   [N.D. Cal. Local Rule 6-1(b) & 6-2]
   250, inclusive,
18                                         [PROPOSED]
                      Defendants.          HEARING DATE:   August 17, 2007
19                                         HEARING TIME:   9:00 a.m.

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

JOINT STIPULATION AND [PROPOSED] ORDER                    Case No. C 07 00333 RMW
CONTINUING INITIAL CASE MANAGEMENT CONFERENCE

1

## JOINT STIPULATION

2  WHEREAS Plaintiffs Jackie Blennis and David Brickner ("Plaintiffs") commenced this

3  action by filing a Complaint on January 17, 2007, and serving the Complaint on Defendant Hewlett-

4  Packard Company ("Defendant") on May 1, 2007;

5  WHEREAS by Joint Stipulation dated May 11, 2007, and filed pursuant to Local Rule 6-1(a),

6  the parties agreed to extend until July 13, 2007, the time for Defendant to answer or otherwise

7  respond to Plaintiffs' Complaint;

8  WHEREAS Defendant intends to notice any Motion to Dismiss the Complaint for hearing on

9  August 17, 2007 at 9:00 a.m.;

10  WHEREAS the parties have agreed to a continuance of the Initial Case Management

11  Conference to August 17, 2007 at 9:00 a.m. or as soon thereafter as the matter may be heard; and

12  WHEREAS the parties also agreed to the continuance of the deadline for filing a Joint Case

13  Management Statement and related materials until August 10, 2007;

14  WHEREAS good cause exists for approving this Joint Stipulation, because, as explained in

15  the accompanying declarations of Alfredo Torrijos and Michael H. Dore, continuing these deadlines

16  would provide the parties the necessary time to comply with the initial disclosure requirements of

17  Rule 26(f) of the Federal Rules of Civil Procedure and the requirements for preparation of a Joint

18  Case Management Statement pursuant to Local Rule 16-9, consolidate the hearings in this matter, and

19  further judicial economy.

20  ACCORDINGLY, pursuant to Local Rule 6-1(b), the parties, by and through their counsel of

21  record, hereby stipulate to, and request the Court's approval of the following:

22  1.  The Initial Case Management Conference shall be moved from June 8, 2007,

23  to **August 17, 2007**, at ~~9:00~~ a.m. (or such other date when the Court is

24  *10:30*

available).

25  2.  In addition, the other deadline set in the Court's Order dated May 3, 2007,

26  which required the parties to file a Joint Case Management Statement by June

27  1, 2007 shall be moved to **August 10, 2007**.

28

Gibson, Dunn & Crutcher LLP

JOINT STIPULATION AND [PROPOSED] ORDER          Case No. C 07 00333 RMW
CONTINUING INITIAL CASE MANAGEMENT CONFERENCE

1       3.      All other deadlines remain as scheduled by the Court and/or pursuant to the

2               Federal Rules of Civil Procedure and/or the Court's Local Rules

3   **IT IS SO STIPULATED.**

4   DATED: May _11_, 2007                    KABATECK BROWN KELLNER LLP
                                             BRIAN S. KABATECK
5                                            RICHARD L. KELLNER
                                             ALFREDO TORRIJOS
6

7

8                                            By: _____
                                                        Alfredo Torrijos
9
                                             Attorneys for Plaintiffs JACKIE BLENNIS and DAVID
10                                           BRICKNER

11

12  DATED: May _11_, 2007                    GIBSON, DUNN & CRUTCHER LLP
                                             PETER SULLIVAN
13                                           SAMUEL G. LIVERSIDGE

14

15                                           By: _____
                                                        Samuel G. Liversidge
16
                                             Attorneys for Defendant HEWLETT-PACKARD
17                                           COMPANY

18

19  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

20  Dated: ___ 5/31 _____, 2007

21

22                                           _____
                                             The Hon. Ronald M. Whyte
23                                           United States District Judge

24  100223308_1.DOC

25

26

27

28

Gibson, Dunn &
Crutcher LLP

JOINT STIPULATION AND PROPOSED ORDER                          Case No. C 07 00333 RMW
CONTINUING INITIAL CASE MANAGEMENT CONFERENCE