IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JACKIE BLENNIS, et al.,

    Plaintiff,

v.

HEWLETT-PACKARD COMPANY,

    Defendant.

*E-FILED - 8/21/07*

CASE NO.: C-07-00333-RMW

**ORDER OF REFERRAL**

The above-entitled case is hereby REFERRED, pursuant to Civil Local Rule 3-12(c), to the Honorable Jeremy Fogel for consideration of whether the case is related to *In Re: HP InkJet Printer Litigation - Case No.: C-05-03580-JF.*

IT IS SO ORDERED.

DATED: August 21, 2007

*/s/ Ronald M. Whyte*
RONALD M. WHYTE
U. S. District Judge

1
2
3   Copy of Order E-Filed to Counsel of Record:
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28