PETER SULLIVAN, SBN 101428
PSullivan@gibsondunn.com
SAMUEL G. LIVERSIDGE, SBN 180578
SLiversidge@gibsondunn.com
MICHAEL H. DORE, SBN 227442
MDore@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

\*\*E-filed 2/8/08\*\*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JACKIE BLENNIS and DAVID BRICKNER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY, a California Corporation; and DOES 1 through 250, inclusive,<br><br>Defendants. | CASE NO. C 07 00333-JF<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO HOLD ADR SESSION; SUPPORTING DECLARATIONS OF ALFREDO TORRIJOS AND MICHAEL H. DORE**<br><br>[N.D. Cal. Local Rule 6-1(b) & 6-2] |

## JOINT STIPULATION

WHEREAS Plaintiffs Jackie Blennis and David Brickner ("Plaintiffs") commenced this action by filing a Complaint on January 17, 2007, and serving the Complaint on Defendant Hewlett-Packard Company ("Defendant") on May 1, 2007;

WHEREAS on August 20, 2007, the Court (Judge Ronald Whyte presiding) set the deadline for the parties to hold an ADR session at 180 days from the date of his August 20, 2007 order, that is, February 16, 2008;

WHEREAS on January 14, 2008, the Court granted the parties' stipulated request to continue the case management conference in this matter until March 14, 2008 at 10:30 a.m.; and

WHEREAS good cause exists for approving this Joint Stipulation in light of the procedural posture of this and related cases pending in this Court in which HP is a defendant.

ACCORDINGLY, pursuant to Local Rule 6-1(b), the parties, by and through their counsel of record, hereby stipulate to, and request the Court's approval of the following:

- The parties agree that the existing deadline for the parties to hold the ADR session shall be moved from February 16, 2008, to **May 16, 2008**.

**IT IS SO STIPULATED.**

DATED: February 2, 2008

KABATECK BROWN KELLNER LLP
BRIAN S. KABATECK
RICHARD L. KELLNER
ALFREDO TORRIJOS

By: _____
Alfredo Torrijos

Attorneys for Plaintiffs JACKIE BLENNIS and DAVID BRICKNER

| | |
|---|---|
| DATED: February 6, 2008 | GIBSON, DUNN & CRUTCHER LLP<br>PETER SULLIVAN<br>SAMUEL G. LIVERSIDGE<br>MICHAEL H. DORE<br><br>By: _____<br>      Michael H. Dore<br><br>Attorneys for Defendant HEWLETT-PACKARD COMPANY |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __2/7/08_____, 2008

_____
The Hon. Jeremy Fogel
United States District Judge

100382052_1.DOC

# DECLARATION OF MICHAEL H. DORE

I, Michael H. Dore, declare as follows:

1. I am an attorney admitted to practice law before all courts of the State of California and I intend to submit an application to become a member of the bar of this Court. I am an associate in the law firm of Gibson, Dunn & Crutcher LLP, and I am one of the attorneys responsible for the representation of Defendant Hewlett-Packard Company ("HP") in the action entitled *Jackie Blennis and David Brickner, et al. v. Hewlett-Packard Company, et al.* (N.D. Cal. Case No. C 07-00333-RMW). Pursuant to Local Rule 6-2(a), I submit this declaration in support of the parties' Joint Stipulation and [Proposed] Order Continuing Deadline to Hold ADR Session (the "Joint Stipulation"). Unless otherwise stated, the following facts are within my personal knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. <u>The Reasons for the Requested Enlargement or Shortening of Time</u> (Local Rule 6-2(a)(1)). I believe that in light of the procedural posture of this case and related cases pending in this Court in which HP is a defendant, efficiency would best be served by extending the deadline for the parties to hold their ADR session.

3. <u>Prior Time Modifications in this Case</u> (Local Rule 6-2(a)(2)). The parties twice have requested that the date of the case management conference be continued while HP's motion to dismiss was pending. Those requests have been granted. The case management conference now is scheduled for March 14, 2008.

4. <u>Effect of the Requested Time Modification on the Schedule for the Case</u> (Local Rule 6-2(a)(3)). The requested extension of time to hold an ADR session would change the deadline from February 16, 2008 until May 16, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: February 6, 2008

MICHAEL H. DORE

100382052_1.DOC

DECLARATION OF MICHAEL H. DORE     Case No. C 07 00333 JF

# DECLARATION OF ALFREDO TORRIJOS

I, Alfredo Torrijos, declare as follows:

1. I am an attorney admitted to practice law before all courts of the State of California. I am an associate in the law firm of Kabateck Brown Kellner LLP, and I am one of the attorneys responsible for the representation of Plaintiffs Jackie Blennis and David Brickner ("Plaintiffs") in the action entitled *Jackie Blennis and David Brickner, et al. v. Hewlett-Packard Company, et al.* (N.D. Cal. Case No. C 07-00333-RMW). Pursuant to Local Rule 6-2(a), I submit this declaration in support of the parties' Joint Stipulation and [Proposed] Order Continuing Deadline to Hold ADR Session (the "Joint Stipulation"). Unless otherwise stated, the following facts are within my personal knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. The Reasons for the Requested Enlargement or Shortening of Time (Local Rule 6-2(a)(1)). I believe that in light of the procedural posture of this case and related cases pending in this Court in which HP is a defendant, efficiency would best be served by extending the deadline for the parties to hold their ADR session.

3. Prior Time Modifications in this Case (Local Rule 6-2(a)(2)). The parties twice have requested that the date of the case management conference be continued while HP's motion to dismiss was pending. Those requests have been granted. The case management conference now is scheduled for March 14, 2008.

4. Effect of the Requested Time Modification on the Schedule for the Case (Local Rule 6-2(a)(3)). The requested extension of time to hold an ADR session would change the deadline from February 16, 2008 until May 16, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: February 7, 2008

_____
ALFREDO TORRIJOS