\*\*E-Filed 9/14/2009\*\*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE BLENNIS and DAVID BRICKNER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HEWLETT-PACKARD COMPANY, a California Corporation; and DOES 1 through 250, inclusive,<br><br>Defendants. | CASE NO. C 07-00333 JF<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION REQUESTING MODIFICATION OF HEARING AND BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION<br><br>Action Filed: January 17, 2007 |

The Court having reviewed the parties' stipulation to modify the briefing and hearing schedule for Plaintiffs' motion for class certification and the accompanying declaration of counsel, and having found good cause shown, IT IS ORDERED as follows:

The Court VACATES the current hearing date of January 22, 2010, for Plaintiffs' motion for class certification. The Court sets the following new schedule with respect to Plaintiffs' motion: October 9, 2009 for Plaintiffs' to disclose expert witnesses to be used in connection with class certification; November 17, 2009 for Hewlett-Packard to

— 7 —

*Kabateck Brown Kellner LLP*
*644 S. Figueroa Street*
*Los Angeles, California 90017*
*(213) 217-5000*
*FAX (213) 217-5010*

disclose rebuttal expert witnesses to be used in connection with class certification; December 8, 2009 is the last day for Plaintiffs to file their motion for class certification and its expert report(s); February 11, 2010, is the last day for Hewlett-Packard to file its opposition to Plaintiffs' motion for class certification and its expert report(s); March 11, 2010 is the last day for Plaintiffs to file their reply in support of their motion for class certification; the hearing on Plaintiffs' motion for class certification is set for April 2~~2~~ 3, 2010 or such alternative date as the Court may select; May 17, 2010 to file dispositive motions; June 11, 2010 to file oppositions to dispositive motions; June 28, 2010 to file dispositive motion reply briefs; July 2~~2~~ 3, 2010 for the hearing on dispositive motions; September 9, 2010 for the last day for the settlement conference; September 2010 for the pretrial conference (specific date/time set by Court); September 2010 for trial (specific date/time set by Court).

**IT IS SO ORDERED.**

Date: 9/14/2009

HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

— 8 —

JOINT STIPULATION AND [PROPOSED] ORDER REQUESTING MODIFICATION OF HEARING AND BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION; DECLARATION OF COUNSEL, CASE NO. C 07-00333 JF