**E-Filed 3/12/2010**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE BLENNIS and DAVID BRICKNER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HEWLETT-PACKARD COMPANY, a California Corporation; and DOES 1 through 250, inclusive,<br><br>Defendants. | CASE NO. C 07-00333 JF<br><br>~~[PROPOSED]~~ ORDER GRANTING JOINT STIPULATION REQUESTING FURTHER MODIFICATION OF HEARING AND BRIEFING SCHEDULE RE: PLAINTIFFS' MOTION FOR CLASS CERTIFICATION<br><br>Action Filed: January 17, 2007 |

The Court having reviewed the parties' stipulation to modify the briefing and hearing schedule for Plaintiffs' motion for class certification and the accompanying declaration of counsel, and having found good cause shown, IT IS ORDERED as follows:

The Court VACATES the current hearing date of May 21, 2010, for Plaintiffs' motion for class certification. The Court sets the following new schedule with respect to Plaintiffs' motion for class certification: April 30, 2010 is the last day for Hewlett-Packard to file its opposition to Plaintiffs' motion for class certification and its expert report(s); May 28, 2010 is the last day for Plaintiffs to file their reply in support of their motion for class certification; the hearing on Plaintiffs' motion for class certification is set for July 9, 2010 or such alternative date as the Court may select.

1

All other dates set by the Court in its September 14, 2009 Order (Docket 45) remain unchanged: May 17, 2010 to file dispositive motions; June 11, 2010 to file oppositions to dispositive motions; June 28, 2010 to file dispositive motion reply briefs; July 23, 2010 for the hearing on dispositive motions; September 9, 2010 for the last day for the settlement conference; September 2010 for the pretrial conference (specific date/time set by Court); September 2010 for trial (specific date/time set by Court).

**IT IS SO ORDERED.**

Date: 3/12/2010

HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

2

[PROPOSED] ORDER GRANTING STIP. REQUESTING FURTHER MODIFICATION OF HEARING & BRIEFING SCHEDULE RE: PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, Case No. 07-00333-JF