**E-Filed 4/26/2010**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE BLENNIS and DAVID BRICKNER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HEWLETT-PACKARD COMPANY, a California Corporation; and DOES 1 through 250, inclusive,<br><br>Defendants. | CASE NO. C 07-00333 JF<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION REQUESTING MODIFICATION OF HEARING AND BRIEFING SCHEDULE AND PROPOSED PLAN FOR FILING SETTLEMENT PAPERS AND MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT<br><br>Action Filed:  January 17, 2007 |

The Court having reviewed the parties' stipulation to modify the briefing and hearing schedule in this matter and the accompanying declaration of counsel, and having found good cause shown, IT IS ORDERED as follows:

(1) The briefing deadlines and other dates currently scheduled in this matter are taken off calendar;

(2) the parties will make a good faith effort to file a written settlement agreement and a motion for preliminary approval of class settlement with the Court by June 4, 2010; and (3) if the parties are

1

unable to complete and file these documents by June 4, 2010, a joint status report will be filed in lieu of these documents.

**IT IS SO ORDERED.**

Date: 4/26/2010

_____
HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

2

[PROPOSED] ORDER GRANTING JOINT STIP. REQUESTING MODIFICATION OF HEARING AND BRIEFING SCHEDULE AND PROPOSED PLAN FOR FILING SETTLEMENT PAPERS AND MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT, Case No. 07-00333-JF