**E-Filed 6/11/2010**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE BLENNIS and DAVID BRICKNER, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>   vs.<br><br>HEWLETT-PACKARD COMPANY, a California Corporation; and DOES 1 through 250, inclusive,<br><br>   Defendants. | CASE NO. C 07-00333 JF<br><br>~~[PROPOSED]~~ ORDER GRANTING THE JOINT STIPULATION RE PROPOSED PLAN FOR FILING SETTLEMENT PAPERS AND MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT<br><br>Action Filed:  January 17, 2007 |

The Court having reviewed the parties' stipulation and the accompanying declaration of counsel, and having found good cause shown, the Joint Stipulation re Proposed Plan For Filing Settlement Papers and Motion For Preliminary Approval Of Class Settlement is hereby GRANTED and the parties are ordered to comply with this Order.

IT IS HEREBY ORDERED that: (1) the parties shall file no later than July 9, 2010, a written settlement agreement and a motion for preliminary approval of class settlement, and (2) if the parties are unable to complete and file a written settlement agreement and a motion for preliminary approval

//

//

1

1    of class settlement by July 9, 2010, a joint status report shall be filed in lieu of these documents.

2

3    **IT IS SO ORDERED.**

4    Date: _____6/7/2010_____     _____

5                             HONORABLE JEREMY FOGEL

                            UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER GRANTING JOINT STIPULATION RE PROPOSED PLAN FOR FILING SETTLEMENT PAPERS AND MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT**
Case No. 07-00333-JF